*LEGAL MAIL*

Harry Roland #18A2811
Green Haven Corr
594 Route 216
Stormville, N.Y. 12582

United States District Court
Eastern District of New York
Brooklyn, N.Y. 11201
Attn: Pro Se Office

HARRY ROLAND # 18A2611
GREEN HAVEN CORR FAC.
594 Route 216
STORMVILLE, N.Y 12582

UNITED STATES DISTRICT COURT for the

EASTERN DISTRICT of NEW YORK

---

HARRY ROLAND ,

                        Plantiff,

- against -

                                              Case NO. 19-CV-2240
                                              (PKC)(SJB)

CITY OF NEW YORK , et al .,

                        Defendants.

---

     I am the Plantiff and also an incarcerated individual confined in an institution . Today April 18 , 2023 , I am depositing " Notice of Appeal" in this case in the institution mail sysytem . First class postage is being prepaid either by me or by the institution on my behalf.

     I declare under penalty of perjury that the foregoing is true and correct .

Dated : Stormville , New York
       April 18 , 2023

*[signature: Roland]*

Harry Roland #18A2811
Plaintiff Pro Se
GREEN HAVEN CORR. FAC.
P.O.BOX 4000
STORMVILLE , NY 12582

CC: BY MAIL
NEW YORK CITY LAW DEPARTMENT
100CHURCH STREET
NEW YORK , NY 10007
Attn: CAROLINE MCGUIRE

RECEIVED IN PRO SE OFFICE
APR 25 2023

UNITED STATES DISTRICT COURT for the EASTERN DISTRICT OF NEW YORK

DOCKET NUMBER 19-CV-2240 (PKC)(SJB)

---

HARRY ROLAND,

                        Plaintiffs,

    -against-                         NOTICE OF APPEAL

CITY OF NEW YORK, et al.,

                        Defendants,

---

    I, Harry Roland, Plaintiff in the above mentioned action, appeal to the United States Court of Appeals for the Second Circuit from the order by Hon. PAMELA K. CHEN, Dated March 22, 2023, granted in part and denied in part Defendant's motion for summary judgment. Plaintiff wish only to appeal the portion of said order that was dismissed.

Dated: Stormville, New York
       April 11, 2023

                                              /s/ Roland
                                              Harry Roland #18A2811
                                              Plaintiff Pro Se
                                              GREEN HAVEN CORR. FAC.
                                              P.O. BOX 4000
                                              Stormville, NY 12582

cc: BY MAIL
    New York City Law Department
    100 Church Street
    New York, NY 10007
    Attn: Caroline McGuire